# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LEODIS RANDLE**                                                      **PETITIONER**

**4:20CV01380 BRW/PSH**

**STATE OF ARKANSAS, et. al**                                          **RESPONDENTS**

## ORDER

I have received proposed Findings and Recommendations (Doc. No. 7) from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, I approve and adopt the Findings and Recommendations in all respects. Accordingly, this case is DISMISSED.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, I must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). I find no issue on which petitioner has made a substantial showing of a denial of a constitutional right, so the certificate of appealability is denied.

IT IS SO ORDERED this 9th day of March, 2021.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE