# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LEODIS RANDLE**                                                                      **PETITIONER**

**4:20CV01380 BRW/PSH**

**STATE OF ARKANSAS, et. al**                                          **RESPONDENTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 9th day of March, 2021.

                                                        <u>Billy  Roy  Wilson</u>
                                                        UNITED STATES DISTRICT JUDGE